IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**PATRICIA MCMURRAY,**

 **Plaintiff,**

**v.**                Case No. 2:24-cv-1481
                 JUDGE EDMUND A. SARGUS, JR.

**HUNTINGTON NATIONAL BANK,**

 **Defendant.**

## ORDER

 The undersigned judge hereby recuses himself from the above case. The Clerk of Courts shall reassign the case to another judge by random draw.

 **IT IS SO ORDERED.**

Date: **4/2/2024**            s/Edmund A. Sargus, Jr.
                   **EDMUND A. SARGUS, JR., JUDGE**
                   **UNITED STATES DISTRICT JUDGE**