# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Patricia McMurray, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

Huntington National Bank,

    Defendant.

Case No. 2:24-cv-1481

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Undersigned hereby recuses from the above-captioned case. The Clerk shall randomly reassign this case to a United States District Judge for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT