## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PATRICIA L. MCMURRAY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>HUNTINGTON NATIONAL BANK,<br><br>      Defendant. | Case No.: 2:24-cv-01481-KAJ<br><br>Jury Trial Demanded |

### NOTICE OF WITHDRAWAL OF ATTORNEY OREN FAIRCLOTH

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.4(b), the *pro hac vice* appearance of Oren Faircloth on behalf of Plaintiff Patricia L. McMurray ("Plaintiff") is hereby withdrawn in the above-referenced action.

Plaintiff has been and is currently represented in this action by counsel from Siri & Glimstad, LLP and Christoper Wiest, Attorney at Law, PLLC.  Specifically, Siri & Glimstad LLP attorneys, Lisa Considine, Leslie Pescia, and Oren Faircloth and Christopher Wiest of Christopher Wiest, Attorney at Law, PLLC, have appeared in this case on behalf of Plaintiff.

Plaintiff will continue to be represented in this matter by Lisa Considine and Leslie Pescia of Siri & Glimstad, LLP and Christopher Wiest of Christopher Wiest, Attorney at Law, PLLC.

Dated: December 4, 2024   Respectfully submitted,

              By: */s/Christopher Wiest*
              Christopher Wiest
              **CHRIS WIEST ATTORNEY AT LAW, PLLC**
              50 E. Rivercenter Blvd., Ste. 1280
              Covington, KY 41011
              Telephone : (513) 257-1895
              chris@wiestlaw.com

Oren Faircloth (admitted *Pro Hac Vice*)
Lisa R. Considine (admitted *Pro Hac Vice*)
Leslie Pescia (admitted *Pro Hac Vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: ofaircloth@sirillp.com
Email: lconsidine@sirillp.com
Email: lpescia@sirillp.com

***Attorneys for Plaintiffs and the Proposed Class and Sub-classes***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/Christopher Wiest*