JU**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **PATRICIA MCMURRAY**, *individually and on behalf of all others similarly situated*, | Case No. 2:24-cv-01481 |
| Plaintiff, | Judge Algenon L. Marbley |
| | Magistrate Judge Kimberly A. Jolson |
| v. | |
| **HUNTINGTON NATIONAL BANK,** | |
| Defendant. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the March 31, 2025 Opinion and Order, the Court GRANTED the Motion to Compel Arbitration This action is DISMISSED without prejudice. Plaintiffs is ORDERED to submit her claims against Defendant Huntington National Bank to arbitration pursuant to the terms of the Deposit Account Agreement.

**Date: March 31, 2025**          Richard W. Nagel, Clerk

                                                    s/Diane M. Stash
                                            Diane M. Stash/Deputy Clerk